**The People of the State of Illinois, defendant in error, v. Harry Gilder, plaintiff in error. Gen. No. 30,889.**

Prosecution for receiving stolen property. Conviction and sentence. Error to the Criminal Court of Cook county; the Hon. Michael L. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed November 29, 1926.

John E. Foster, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, of counsel.

Mr. Justice Johnston delivered the opinion of the court.